```
1  PHILLIP A. TALBERT
   Acting United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

**FILED**

SEP 1 9 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEARCH YAHOO! INCORPORATED EMAIL ACCOUNT c1stanley@yahoo.com | CASE NO. 2:16-SW-576 CKD<br><br>ORDER NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF LEGAL PROCESS PURSUANT TO 18 U.S.C. § 2705(b)<br><br>**UNDER SEAL** |

    The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Yahoo! Incorporated ("Yahoo!"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant of the existence of the attached search warrant until further order of the Court.

    The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by including by giving the target an opportunity to flee, destroy or tamper with evidence, or tamper with potential witnesses. *See* 18 U.S.C. § 2705(b).

    IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo! shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court for a period of at least 88 days

[PROPOSED] ORDER            1

1  until December 16, 2016, subject to any extensions as may be granted by the Court, except that Yahoo!
2  may disclose the attached search warrant to an attorney for Yahoo! for the purpose of receiving legal
3  advice.
4      IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
5  ordered by the Court.

Dated: 9/19/2016

THE HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE