PHILLIP A. TALBERT
Acting United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED FILED**

DEC 1 5 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of YAHOO! INCORPORATED EMAIL ACCOUNT
c1stanley@yahoo.com

CASE NO. 2:16-SW-576 CKD

[PROPOSED] ORDER TO PRECLUDE NOTICE PURSUANT TO 18 U.S.C. § 2705(b)

**UNDER SEAL**

### ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that, pursuant to 18 U.S.C. § 2705(b), Yahoo! Incorporated shall not disclose the existence of the warrant, the application, or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the underlying warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or tamper with potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo! Incorporated shall not disclose the existence of the underlying warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Yahoo!

1  Incorporated may disclose the warrant to an attorney for Yahoo! Incorporated for the purpose of
2  receiving legal advice.
3      IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
4  ordered by the Court.

Dated: Dec. 14, 2016

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER                              2