PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America


FILED
JUL 05 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of YAHOO! INCORPORATED EMAIL ACCOUNT c1stanley@yahoo.com | CASE NO. 2:16-SW-576 CKD<br><br>ORDER UNSEALING WARRANT |

This matter came before the Court on the United States's request to unseal the search warrant, application, affidavit, and sealing documents in the above-referenced case. For the reasons stated therein, and good cause showing, IT IS HEREBY ORDERED THAT the search warrant, application, affidavit, and sealing documents in the above-referenced case are unsealed and shall be made part of the public docket.

IT IS SO ORDERED.

DATED: July 5, 2017

HON. KENDALL J. NEWMAN
United States Magistrate Judge